UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2011 APR -6  P 1: 32
US DISTRICT COURT
HARTFORD CT

**COMPLAINT FORM**

Leona Cole

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. 3:11cv543 (CFD)
(To be supplied by the Court)

v.

- Robert Greene, OBGYN
- BOP-Danbury employee
- Warden
- BOP-Danbury HSA

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Leona Cole is a citizen of New Jersey who
   (Plaintiff)                          (State)
presently resides at F.C.I Danbury, Pembroke Station Ct 06811
                     (mailing address)

2. Defendant Robert Greene is a citizen of Connecticut?
   (name of first defendant)                    (State)
whose address is Rt. 33½ Pembroke Station Rd.

3. Defendant _____ is a citizen of _____
                    (name of second defendant)                                          (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Due to improper &/or inadequate prenatal care & the disregard of my pregnancy problems my son Nicolai Pearson Died Nov. 5, 2007. And the disregard of the infection I had which may have caused my water to prematurely rupture

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Improper & /or inadequate prenatal care

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

BOP, HSA & Robert Greene, OBGYN failed to provide me adequate care & it resulted in the rupturing of membranes on Oct. 24, 2007 & led to the birth & death of my son Nicolai Pearson Nov. 5, 2007. Health Services from Danbury & Oklahoma knew I had problems with pregnancies & still failed to give me proper care

**Claim II:** Wrongful death of my infant son

Supporting Facts: If I had been properly monitored my son would still be alive. I did not receive proper treatment.

3

## D. Cause of Action

**Claim III:** medical negligence

Supporting Facts:
BOP medical - Dr. Greene knew of my medical past & did nothing to prevent history from repeating itself with this pregnancy. Dr. Greene knew of my high risk pregnancies.

**Claim IV:** Treatment after the fact of a prolonged infection

Supporting Facts:
If the infection I had was treated in the early stages, my water would have not ruptured early & none of this would have happened. Treatment was administered Dec. 2007. If medical files were not falsely stated I might have had a chance to a healthy pregnancy & my son would have had a chance at a healthy life.

## E. OTHER LAWSUITS

If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If more space is needed, continue on a blank sheet which you should label "E. OTHER LAWSUITS.")

_____
_____
_____
_____
_____
_____
_____
_____
_____

## F. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

I am asking for the monetary relief of $100,000,000, & the license of BOP employee Dr. Robert Greene, OBGYN removed from the United STATES. I am asking for the BOP HSA to take better care of inmates problems & be more sincere

Thank you

4

### G. JURY DEMAND

Do you wish to have a jury trial? Yes ✓   No ___

_____    *Leona Cole*
Original signature of attorney (if any)    Plaintiff's Original Signature

                                  Leona Cole
Printed Name _____    Printed Name

                                  F.CI DANBURY
                                  Pembroke Station
( )                               Danbury, Ct. 06811
Attorney's full address and telephone    Plaintiff's full address and telephone

_____    _____
Email address if available        Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at FCI Danbury   on   3-28-11
            (location)         (date)

                              *Leona Cole*
                              Plaintiff's Original Signature


(Rev.9/25/08)

5